**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE ANDREW ARREDONDO, | ) Case No. SACV 16-2222-FMO (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Habeas Petition Without Prejudice and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: December 27, 2016                 /s/
                                                            FERNANDO M. OLGUIN
                                                            U.S. DISTRICT JUDGE